# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TARZ MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>GREG COX, *et al.*,<br><br>  Defendants. | Case No. 2:12-cv-02082-RFB-CWH<br><br>**ORDER TO PRODUCE TARZ MITCHELL** |

TO: DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: DWIGHT NEVEN, HIGH DESERT STATE PRISON
INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TARZ MITCHELL, #63139**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **TARZ MITCHELL, #63139**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Thursday, January 29, 2015, at the hour of 1:30 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **TARZ MITCHELL, #63139**, is released and discharged by the said Court;

| | |
|---|---|
| 1 | |
| 2 | and that the said **TARZ MITCHELL, #63139**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct. |

    **DATED** this 16th day of January, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**