ADAM PAUL LAXALT
Attorney General
DENISE S. MCKAY
Senior Deputy Attorney General
Nevada Bar No. 10507
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: 702-486-3420
Facsimile: 702-486-3773
E-mail:  dmckay@ag.nv.gov
*Attorneys for Defendants James G. Cox,
Brian Williams, Johnny Youngblood, Francis Dreesen,
Oswald Reyes, Canute Brown, Julio Calderin, Sheryl
Foster, Jimmy Jones, and Dean Willett*

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL, | CASE NO. 2:12-cv-02082-RCJ-CWH |
| Plaintiff, | |
| vs. | **ORDER TO PRODUCE** |
| GREG COX, et al., | |
| Defendants. | |

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and

TO:   DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON:

**THE COURT HEREBY FINDS** that **TARZ MITCHELL, #63139**, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison in Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **TARZ MITCHELL, #63139**, to the United States District

. . .

. . .

. . .

1  Court, 333 Las Vegas Boulevard, South, Courtroom 7C, Las Vegas, Nevada 89101, on
2  Tuesday, March 17, 2015 at 11:00 a.m. to attend a hearing in the instant matter, and arrange
3  for his appearance on said date.
4      DATED this **17th** day of **February**, 2015.

                                                    RICHARD F. BOULWARE, II
                                                  UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

CATHERINE CORTEZ MASTO
Attorney General

By:   /s/ DENISE S. MCKAY
     DENISE S. MCKAY
     Senior Deputy Attorney General

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101