UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TARZ MITCHELL<br><br>   Plaintiff,<br><br>  v.<br><br>GREG COX, et al.,<br><br>   Defendants, | Case No. 2:12-cv-02082-RFB-CWH<br><br>**ORDER TO PRODUCE<br>TARZ MITCHELL** |

TO:  DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:  DWIGHT NEVEN, HIGH DESERT STATE PRISON
    INDIAN SPRINGS, NV
    UNITED STATES MARSHAL FOR THE DISTRICT OF
    NEVADA AND ANY OTHER UNITED STATES MARSHAL

  **THE COURT HEREBY FINDS** that **TARZ MITCHELL, #63139**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

  **IT IS HEREBY ORDERED** that the previous Order to Produce dated February 17, 2015 (ECF No. 67), which directed the Warden of High Desert State Prison to transport and produce **TARZ MITCHELL, #63139**, on March 17, 2015 for a hearing in this case, is **VACATED.**

  **IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **TARZ MITCHELL, #63139**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Wednesday, April 15, 2015, at the hour of 10:00 a.m.**, to attend a hearing in the instant matter, and arrange for his appearance on said date, until **TARZ MITCHELL, #63139**, is released and

discharged by the said Court; and that **TARZ MITCHELL, #63139**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 9th day of March, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**