# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TARZ MITCHELL<br><br>              Plaintiff,<br><br>     v.<br><br>GREG COX, et al.,<br><br>              Defendants. | No. 2:12-cv-02082-RFB-CWH<br><br>**ORDER VACATING ORDER TO PRODUCE TARZ MITCHELL (ECF NO. 74)** |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
        DWIGHT NEVEN, HIGH DESERT STATE PRISON,
        INDIAN SPRINGS, NV; and
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TARZ MITCHELL, #63139**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the previous Order to Produce dated March 9, 2015 (ECF No. 74), which directed the Warden of High Desert State Prison to transport and produce **TARZ MITCHELL, #63139**, on April 15, 2015 for a hearing in this case, is **VACATED**.

DATED this 10th day of April, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**