**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TARZ MITCHELL,            ) | Case No. 2:12-cv-02082-RFB-CWH |
| Plaintiff,      ) | |
| ) | **ORDER** |
| vs.                            ) | |
| ) | |
| GREG COX, Director of NDOC, *et al*.,  ) | |
| ) | |
| Defendants.   ) | |

Before the Court is Plaintiff's motion for an order to produce inmate for settlement conference (doc. # 82), filed July 1, 2015, Defendants' response (doc. # 84), filed July 21, 2015, and Plaintiff's reply (doc. # 86), filed July 24, 2015.

In his motion, Plaintiff asks the Court that he be allowed to attend the settlement conference in person. Defendants, in response, ask the Court to deny Plaintiff's request in light of the significant financial burden and security risks arising from Plaintiff's request. Instead, Defendants ask that Plaintiff be allowed to participate by video conference, which is a common practice in cases involving prisoners. In reply, Plaintiff contends that his participation by video conference would force his attorney to attend the settlement conference at the courthouse with the other parties, or with Plaintiff at the prison–options that are neither in the "best interests of judicial economy," nor reflective of "the spirit of cooperation." Doc. # 86 at 5.

As Defendants rightly point out, prisoners routinely appear before the Court by video conference for settlement conferences in prisoner litigation. Plaintiff fails to provide any information that would persuade this Court to deviate from its usual practice. As such, Plaintiff's motion is denied. The parties are directed to meet and confer regarding possible dates and times in October for the video settlement conference. The parties shall also contact the Court's chambers to set a date and time for

1  the settlement conference.

2        Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for an order to produce
3  inmate for settlement conference (doc. # 82) is **denied**.

4        **IT IS FURTHER ORDERED** that the parties shall meet and confer regarding possible dates
5  and times in October for the video settlement conference.

6        **IT IS FURTHER ORDERED** that the parties shall contact the Court's chambers to set a date
7  and time for the settlement conference no later than **Tuesday, August 11, 2015 at 3:00 p.m**.

8      DATED: July 28, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**