# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

TARZ MITCHELL,

        Plaintiff,

  v.

GREG COX, *et al.*,

        Defendants.

Case No. 2:12-cv-02082-RFB-CWH

ORDER TO PRODUCE
TARZ MITCHELL

TO:   DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS;
TO:   and DWIGHT NEVEN, HIGH DESERT STATE PRISON
       INDIAN SPRINGS, NV
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TARZ MITCHELL, #63139**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **TARZ MITCHELL, #63139**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Wednesday, January 20, 2016, at the hour of 10:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **TARZ MITCHELL, #63139**, is released and discharged by the said Court;

and that the said **TARZ MITCHELL, #63139**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 11th day of January, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**